PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



FILED by _____ D.C.

MAR 1 2 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** Linda Maltese
U.S. Probation Office
U.S. Courthouse
101 South Highway 1, Suite 1094
Fort Pierce, FL 34950

☐ **Original Notice**

**Date:**

**By:**

☒ **Notice of Disposition**

**Date:** 06/06/2011

**By:** Linda Maltese

---

Defendant    Charles F. Whelan

Case Number: 113C 2:10CR14085(s)-01

Date of Birth:

SSN:

Place of Birth:

---

**Notice of Court Order** (Order Date: 12/10/2010    )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 103626837 _____ and/or passport card number _____ to the custody of the U.S. District Court on 12/10/2010.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court